MORRISON & FOERSTER LLP
Joel C. Haims (JH 9829)
Mark David McPherson (MM 3150)
1290 Avenue of the Americas
New York, NY 10104-0050
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

Robert S. Stern
Adam N. King
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024
Telephone:  (213) 892-5200
Facsimile:  (213) 892-5454

Attorneys for Defendants
JPMorgan Chase & Co., and
Chase Manhattan Bank USA, N.A.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JO ANNA L. PILLITTERI, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE & CO., and CHASE MANHATTAN BANK USA, N.A.,<br><br>    Defendants. | No.  05 Civ. 1164 (GEL)<br><br>**DEFENDANTS' NOTICE OF MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**<br><br>(Electronically Filed) |

      PLEASE TAKE NOTICE that, upon the accompanying Declaration of Greg Lee, the accompanying memorandum of law, and all prior proceedings had herein, defendants JPMorgan Chase & Co. and Chase Manhattan Bank USA, N.A. (collectively, "Chase"), by their undersigned attorneys, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104, hereby move the Court, before the Honorable Gerard E. Lynch, United States District Judge, at the United States Courthouse for the Southern District of New York, 40 Centre Street, New York, New York 10007-1581, for an order (1) compelling plaintiff to honor the terms of her cardmember agreement with Chase and submit her individual claims to arbitration,

ny-618018

1

pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 3-4, and (2) staying this action against Chase, including discovery, pending resolution of the arbitration, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 3-4.

Dated: February 9, 2005

        MORRISON & FOERSTER LLP

        By: s/Mark David McPherson
            Joel C. Haims (JH 9829)
            Mark David McPherson (MM 3150)
        1290 Avenue of the Americas
        New York, NY 10104-0050
        Telephone: (212) 468-8000
        Facsimile: (212) 468-7900

        Robert S. Stern
        Adam N. King
        555 West Fifth Street, Suite 3500
        Los Angeles, CA 90013-1024
        Telephone: (213) 892-5200
        Facsimile: (213) 892-5454

        Attorneys for Defendants
        JPMorgan Chase & Co., and Chase
        Manhattan Bank USA, N.A.